No. 08-4061

IN THE

# United States Court of Appeals

## FOR THE TENTH CIRCUIT

AMERICAN ATHEISTS, INC., *et al.,*
*Plaintiffs-Appellants*,

v.

COLONEL SCOTT T. DUNCAN, *et al.*,
*Defendants-Appellees*, and

UTAH HIGHWAY PATROL ASSOCIATION,
*Intervenor-Defendant-Appellee*.

**Motion of Utah State Senators Gregory Bell, Curtis Bramble, Allen Christensen, Margaret Dayton, Dan Eastman, John Greiner, John Hickman, Lyle Hillyard, Sheldon Killpack, Peter Knudson, Wayne Niederhauser, Howard Stephenson, Dennis Stowell, John Valentine, Kevin VanTassell, and Carlene Walker, and Utah State Representatives David Clark, Brad Dee, Wayne Harper, Michael Morley, and Aaron Tilton (collectively, "Utah Legislators") and the City of Santa Fe for Leave to File Brief as *Amici Curiae* in Support of Appellees**

Chad N. Boudreaux
  chad.boudreaux@bakerbotts.com
Adam J. White
  adam.white@bakerbotts.com
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 639-7700

OCTOBER 24, 2008                              *Counsel for the Amici Curiae*

# MOTION FOR LEAVE TO FILE *AMICUS CURIAE* BRIEF

Pursuant to Rule 29(b) of the Federal Rules of Appellate Procedure, the Utah Legislators and the City of Santa Fe submit this motion for leave to file a brief as *amici curiae* in support of Appellees.

### *Utah Legislators*

The Utah Legislators (*i.e.*, Utah State Senators Gregory Bell, Curtis Bramble, Allen Christensen, Margaret Dayton, Dan Eastman, John Greiner, John Hickman, Lyle Hillyard, Sheldon Killpack, Peter Knudson, Wayne Niederhauser, Howard Stephenson, Dennis Stowell, John Valentine, Kevin VanTassell, and Carlene Walker, and Utah State Representatives David Clark, Brad Dee, Wayne Harper, Michael Morley, and Aaron Tilton) share an interest in memorializing the service of Utah's fallen highway patrolmen.  They also share an interest in the proper enforcement of federal and state laws and the proper vindication of federal and state rights within the State of Utah.

### *City of Santa Fe*

The City of Santa Fe has an interest in the proper enforcement of federal, state, and local laws and the proper vindication of federal, state, and local rights with particular respect to the Cross of the Martyrs, a memorial to colonialists who died in the Pueblo Revolt of 1680.

The Cross of the Martyrs has been the subject of threatened litigation, by groups alleging that it violates the Establishment Clause of the First Amendment. The City of Santa Fe is concerned that a ruling in Plaintiffs-Appellants' favor in this case could jeopardize the Cross of the Martyrs, or at the very least subject the city to the threat of costly litigation.

Thus, the Santa Fe City Council voted to authorize the filing of this amicus brief, in order to protect the interests of the City of Santa Fe.

### *The Amicus Brief*

Importantly, the Utah Legislators' and City of Santa Fe's brief *amicus curiae* provides factual detail not offered by the other parties and *amici* in this case. Specifically, the brief surveys social scientists' published research on the subject of memorial crosses generally and in the Southwest specifically. Furthermore, the brief reviews in greater detail the use of memorial crosses as non-religious symbols at our Nation's military cemeteries.

This brief presents that new information in direct response to factual statements contained in the briefs of Plaintiffs-Appellants and their *amici*, and demonstrates that memorial crosses commonly are used as non-religious symbols of death, particularly death in the course of public service and death on the Nation's roads.

Thus, the Utah Legislators and the City of Santa Fe respectfully request that this Court grant leave to file the brief accompanying this motion.

Respectfully submitted,

/s/ Chad N. Boudreaux
Chad N. Boudreaux
Adam J. White
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 639-7700
*chad.boudreaux@bakerbotts.com*
*adam.white@bakerbotts.com*

OCTOBER 24, 2008                    *Counsel for the Amici Curiae*

# CERTIFICATE OF DIGITAL SUBMISSION

I hereby certify that the copy of this motion submitted in digital form is an exact copy of the written document filed with the Clerk of this Court.  I further certify that the digital version of this brief has been scanned for viruses using Sophos Antivirus (version 7.6.1 release 2) and, according to that computer program, is free of viruses.

/s/  Adam J. White
Adam J. White
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 639-7700
*adam.white@bakerbotts.com*

OCTOBER 24, 2008                                   *Counsel for the Amici Curiae*

# CERTIFICATE OF SERVICE

I hereby certify that, on October 24, 2008, I filed and served electronic copies of the foregoing motion (by email) upon each of the following persons, and will submit a hard copy to the clerk's office via overnight FedEx within two business days pursuant to the General Order of August 10, 2007:

Thom D. Roberts
Assistant Attorney General, State of Utah
160 E. 300 South Street, 5th Floor
Salt Lake City, UT  84111
thomroberts@utah.gov

Frank D. Mylar, Jr.
Mylar Law PC
6925 South Union Park Center
Suite 600
Midvale, UT 84047
*mylar-law@comcast.net*

Brian M. Barnard
Utah Legal Clinic
214 E. 500 South Street
Salt Lake City, UT  84111
(801) 328-9531
*ulcr2d2c3po@utahlegalclinic.com*

/s/  Adam J. White
Adam J. White
BAKER BOTTS L.L.P.
1299 Pennsylvania Avenue, NW
Washington, DC  20004
(202) 639-7700
*adam.white@bakerbotts.com*

OCTOBER 24, 2008                              *Counsel for Amici Curiae*