UNITED STATES COURT OF APPEALS

FOR THE TENTH CIRCUIT

_____

| | |
|---|---|
| AMERICAN ATHEISTS, INC, a Texas non-profit corporation; R. ANDREWS; S. CLARK; M. RIVERS,<br><br>　　　　Plaintiffs - Appellants,<br><br>v.<br><br>SCOTT T. DUNCAN, Colonel, Superintendent, Utah Highway Patrol; JOHN NJORD, Executive Director, Utah Department of Transportation; F. KEITH STEPAN, Director Division of Facilities Construction and Management Department of Administrative Services,<br><br>　　　　Defendants - Appellees,<br>and<br><br>UTAH HIGHWAY PATROL ASSOCIATION,<br><br>　　　　Defendant-Intervenor - Appellee,<br><br>-------------------------------<br><br>THE UNITARIAN UNIVERSALIST ASSOCIATION; THE UNION FOR REFORM JUDAISM; THE SOCIETY FOR HUMANISTIC JUDAISM; THE INTERFAITH ALLIANCE; THE HINDU FOUNDATION; THE ANTI-DEFAMATION LEAGUE; EUGENE J. FISHER; AMERICANS UNITED FOR SEPARATION OF CHURCH AND STATE; AMERICAN HUMANIST ASSOCIATION; FOUNDATION FOR MORAL LAW; ROBERT E. MACKEY; THE AMERICAN LEGION; STATE OF COLORADO; STATE OF KANSAS; | No. 08-4061 |

STATE OF NEW MEXICO; STATE OF OKLAHOMA; THE BECKET FUND FOR RELIGIOUS LIBERTY; GREGORY BELL; CURTIS BRAMBLE; ALLEN CHRISTENSEN; DAVID CLARK; MARGARET DAYTON; BRAD DEE; DAN EASTMAN; JOHN GREINER; WAYNE HARPER; JOHN HICKMAN; LYLE HILLYARD; SHELDON KILLPACK; PETER KNUDSON; MICHAEL MORLEY; WAYNE NIEDERHAUSER; HOWARD STEPHENSON; DENNIS STOWELL; AARON TILTON; JOHN VALENTINE; KEVIN VANTASSELL; CARLENE WALKER; CITY OF SANTA FE; UTAH SHERIFF'S ASSOCIATION,

Amici Curiae.

_____

**ORDER**

Filed March 9, 2009

_____

Before **TACHA, EBEL,** and **HARTZ,** Circuit Judges.

_____

This matter was argued by counsel and submitted to the court. Brian Barnard argued for the Appellants. Byron Babione and Thomas Roberts argued for the Appellees. Luke Goodrich argued for the Amici Curiae.

                                                           Entered for the Court

                                                           *Elisabeth A. Shumaker*

                                                           ELISABETH A. SHUMAKER
                                                           Clerk of the Court